# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.    07-CV-2126

FREEDOM FROM RELIGION FOUNDATION, INC.;
JOHN DOE;
DOECHILD, A MINOR CHILD;
JOHN ROE;
MARY ZOE;
ROECHILD-1, A MINOR CHILD; and
ROECHILD-2, A MINOR CHILD,

       Plaintiffs,

v.

CHERRY CREEK SCHOOL DISTRICT; and
MONTE C. MOSES, SUPERINTENDENT OF SCHOOLS OF THE CHERRY CREEK SCHOOL DISTRICT,

       Defendants.
_____

## STIPULATION REGARDING ANONYMITY OF INDIVIDUAL PLAINTIFFS
_____

       The parties hereby stipulate and agree as follows:

       Until further order of the Court, the individual Plaintiffs herein shall proceed in this cause with the use of pseudonyms in place of their true identities.[1]  The pseudonyms being used are:

       (1)    John Doe, father of DoeChild;
       (2)    DoeChild, a minor child;
       (3)    John Roe, father of RoeChild-1 and RoeChild-2;
       (4)    Mary Zoe, mother of RoeChild-1 and RoeChild-2;

---

[1] This Stipulation does not include the Freedom From Religion Foundation, Inc., whose identity is a matter of public record.

(5) RoeChild-1, a minor child;
(6) RoeChild-2, a minor child.

The parties shall utilize these pseudonyms for the individual Plaintiffs in all filings with the clerk and the Court, and if any party for any reason deems it necessary to use the actual and true name of any such Plaintiff in any filing with the clerk or the Court, unless otherwise ordered by the Court, such filing shall be made under seal.

The true identities of the individual Plaintiffs shall be disclosed to the counsel for the Defendants, but that said identities shall not be disclosed further except as necessary to ascertain the residency status, taxpayer status, school enrollment status of these Plaintiffs, and/or for other discovery reasons. Such disclosure beyond counsel for the Defendant shall be strictly limited to those absolutely necessary to make those ascertainments. Each person to whom the identity of such Plaintiffs is disclosed shall be informed that they are not to make any disclosure of such names under risk of contempt of court. When making disclosure, counsel for the Defendants shall provide each person to whom such disclosure is made with a copy of this Stipulation.

The individual Plaintiffs shall not be required to be present in open court except for trial testimony or as otherwise required by virtue of the nature of the proceedings. All depositions, affidavits and pleadings shall refer to these Plaintiffs by their respective pseudonyms.

It is the intent of this Stipulation to preserve the anonymity of the individual Plaintiffs to the greatest extent possible while affording the parties adequate information to effectively address the issues in this matter. Until future order of the Court, this Stipulation constitutes the entire agreement between the parties, written or otherwise concerning the anonymity of the individual Plaintiffs.

| | |
|---|---|
| s/ Robert R. Tiernan | s/ Richard J. Banta |
| Robert R. Tiernan | Richard J. Banta |
| 3165 S. Waxberry Way | Banta-Hoyt, LLC |
| Denver, CO  80231 | 7979 E. Tufts Avenue Pkwy #700 |
| Telephone:  (303) 671-2490 | Denver, CO 80237 |
| FAX: (303) 743-7810 | Telephone:   (3030 220-8000 |
| E-mail: jwells1960@netzero.com | FAX:   (303) 220-0153 |
| Attorney for the Plaintiffs | E-mail: rjbanta@bantahoyt.com |
| | Attorney for the Defendants |