**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.   07-cv-02126-MSK-CBS

FREEDOM FROM RELIGION FOUNDATION, INC.;
JOHN DOE;
DOECHILD, A MINOR CHILD;
JOHN ROE;
MARY ZOE; and
ROECHILD-1 A MINOR CHILD; and
ROECHILD-2, A MINOR CHILD,

    Plaintiffs,

v.

CHERRY CREEK SCHOOL DISTRICT; and
MONTE C. MOSES, SUPERINTENDENT OF SCHOOLS OF THE CHERRY CREEK SCHOOL DISTRICT,

    Defendants.

_____

**CERTIFICATE OF SERVICE**
_____

    I hereby certify that on the 16th day of November, 2007, the First Amended Complaint was transmitted by e-mail to Richard J. Banta, attorney for the Defendants herein, at rjbanta@bantahoyt.com .

    Respectfully submitted,

    s/   Robert R. Tiernan
    Robert R. Tiernan
    3165 S. Waxberry Way
    Denver, CO  80231
    Telephone:  (303) 671-2490
    FAX: (303) 743-7810
    E-mail: jwells1960@netzero.com
    Attorney for the Plaintiffs