# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.    07-cv-02126-MSK-CBS

FREEDOM FROM RELIGION FOUNDATION, INC.;
JOHN DOE;
DOECHILD, A MINOR CHILD;
JOHN ROE;
MARY ZOE; and
ROECHILD-1 A MINOR CHILD; and
ROECHILD-2, A MINOR CHILD,

      Plaintiffs,

v.

CHERRY CREEK SCHOOL DISTRICT; and
MONTE C. MOSES, SUPERINTENDENT OF SCHOOLS OF THE CHERRY CREEK SCHOOL
DISTRICT,

      Defendants.

---

## CERTIFICATE OF SERVICE

---

I hereby certify that on the 16th day of November, 2007, the "Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction" was transmitted by e-mail to Richard J. Banta, attorney for the Defendants herein, at rjbanta@bantahoyt.com .

Respectfully submitted,

s/   Robert R. Tiernan
Robert R. Tiernan
3165 S. Waxberry Way
Denver, CO  80231
Telephone:  (303) 671-2490
FAX: (303) 743-7810
E-mail: jwells1960@netzero.com
Attorney for the Plaintiffs