**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-02126-MSK-CBS

FREEDOM FROM RELIGION FOUNDATION, INC.;
JOHN DOE;
DOECHILD, A MINOR CHILD;
JOHN ROE;
MARY ZOE;
ROECHILD-1; A MINOR CHILD; and
ROECHILD-2, A MINOR CHILD,

    Plaintiffs,

    v.

CHERRY CREEK SCHOOL DISTRICT; and
MONTE C. MOSES, SUPERINTENDENT OF SCHOOLS
OF THE CHERRY CREEK SCHOOL DISTRICT,

    Defendants.

---

**UNOPPOSED MOTION TO CONTINUE RULE 16(b) SCHEDULING**

**CONFERENCE AND RULE 26(f) PLANNING MEETING**

---

COME NOW the Defendants, above-named, by and through their undersigned counsel and herewith submits their Unopposed Motion to Continue the Rule 16(b) Scheduling Conference, the Rule 26(f) Planning Meeting and all related activities as set by the Order of Magistrate Judge Schaffer, dated March 3, 2008, and as cause therefore shows:

    1.    D.C.COLO.LCivR. 7.1.A. Certification.  Undersigned counsel hereby certifies that he

has discussed this Motion with counsel for the Plaintiffs by telephone and was advised that Plaintiffs' counsel does not oppose this Motion and in fact specifically consents hereto.

2. The March 3, 2009 Order sets a scheduling and planning conference on April 21, 2008. Defendants' counsel is scheduled to be in a week-long jury trial in Arapahoe County District Court commencing on April 21, 2008 and would be unable to attend the scheduling and planning conference.

3. This case is not yet at issue, and no prejudice will result to any of the parties by a continuance of the scheduling and planning conference, the planning meeting and related deadlines.

4. There is currently pending before the Court a Motion to Dismiss under Fed.R.Civ.P. 12. This Motion has been fully briefed and awaits ruling by the Court.

5. Since an answer has not yet been filed by the Defendants, the parties hereto believe that compliance with mandatory disclosure requirements, preparation of confidential settlement statements and holding a scheduling and planning conference maybe premature.

WHEREFORE, the Defendants with the expressed consent of the Plaintiffs request that the Court continue the scheduling and planning conference and the planning meetings and related matters to dates to be consistent with the status of the case if necessary after ruling on the pending Motion to Dismiss. If such a continuance is not deemed appropriate, the parties respectfully request that all of the scheduled matters be continued to dates subsequent to April 30, 2008.

Respectfully submitted this 10th day of March 2008.

                                BANTA-HOYT, LLC

                                s/ Richard J. Banta_____
                                Richard J. Banta

          **Banta-Hoyt, LLC**
7979 E. Tufts Avenue Parkway,
   Suite 700
Denver, CO  80237
Telephone:  (303) 220-8000
FAX: (303) 220-0153
E-mail:  rjbanta@bantahoyt.com
Attorney for Defendants, Cherry Creek
School District #5 and Monte C. Moses

## CERTIFICATE OF SERVICE

     I hereby certify that on March 10, 2008 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Robert R. Tiernan
3165 S. Waxberry Way
Denver, CO  80231
Telephone:  (303) 671-2490
FAX:  (#03) 743-7810
E-mail:  jwells1960@netzero.com
Attorney for Plaintiffs

                      ___s/ Margaret Longo_____