IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-02126-MSK-CBS

FREEDOM FROM RELIGION FOUNDATION, INC.,
JOHN DOE,
DOECHILD, A MINOR CHILD,
JOHN ROE,
MARY ZOE,
ROECHILD-1, A MINOR CHILD, and
ROECHILD-2, A MINOR CHILD,

    Plaintiffs,

v.

CHERRY CREEK SCHOOL DISTRICT, and
MONTE C. MOSES, SUPERINTENDENT OF SCHOOLS OF THE CHERRY CREEK SCHOOL DISTRICT,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    Due to a conflict on the court's calendar, the 9:00 a.m. start time for the scheduling conference, to be held on **May 13, 2008**, is changed to **8:00 a.m.** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. *All deadlines previously set by this Court, not modified herein, remain in effect.*

**DATED:**    May 6, 2008