**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 07-cv-02126-MSK-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:  May 13, 2008** | **Courtroom Deputy:** Ben Van Dyke |

FREEDOM FROM RELIGION FOUNDATION,  Robert R. Tiernan
INC., *et al.*,

   **Plaintiffs,**

   v.

CHERRY CREEK SCHOOL DISTRICT, *et al.*,   Richard J. Banta

   **Defendants.**

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:   8:05 a.m.**
Court calls case.  Appearances of counsel.

The parties shall comply with Rule 26(a) by **May 16, 2008**.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Deadline for Amendment of pleadings/Joinder of parties: **July 14, 2008.**

Discovery Cut-off: **November 3, 2008.**

Dispositive Motions deadline: **December 3, 2008.**

Parties shall designate affirmative experts **on or before September 15, 2008.**

Parties shall designate rebuttal experts **on or before October 17, 2008.**

Each side shall be limited to **one (1)** expert witnesses, absent leave of court.

Interrogatories, Requests for Production of Documents, and Requests for Admissions shall be served **no later than October 1, 2008**.

Counsel may not file any OPPOSED discovery motions without leave of court.  Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1A. in an effort to resolve the issues.  If that is unsuccessful, counsel shall establish a conference call adding Magistrate Judge Shaffer as the last connection.  The Court will hear arguments and attempt to mediate a resolution. The Court will instruct counsel at that time as to whether or not to file a discovery motion.

Counsel are directed to contact Magistrate Judge Shaffer's chambers at (303) 844-2117 within seventy-two (72) hours of a ruling on the pending motion to dismiss to set a possible settlement conference.

- Scheduling Order is signed and entered with interlineations.

HEARING CONCLUDED.
**Court in recess:        8:50 a.m.**
Total time in court:    00:45