IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   07-cv-02126-MSK-CBS

FREEDOM FROM RELIGION FOUNDATION, INC.;
JOHN DOE;
DOECHILD;
JOHN ROE;
MARY ZOE;
ROECHILD-1; A MINOR CHILD; and
ROECHILD-2, A MINOR CHILD,

     Plaintiffs,

v.

CHERRY CREEK SCHOOL DISTRICT; and
MONTE C. MOSES, SUPERINTENDENT OF SCHOOLS OF THE CHERRY CREEK
SCHOOL DISTRICT,

     Defendants.

---

**ORDER**

---

     The Court having reviewed Plaintiffs' Motion for Leave to File the Supplemental Affidavits of Barton G. Prieve and Robert L. Stuart, all other pleadings related thereto, and being fully advised in the premises it is HEREBY ORDERED that the Motion is **GRANTED**.

     Dated at Denver, Colorado this _____ day of September, 2008.

                                                                                      U.S. DISTRICT JUDGE