IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-02126-MSK-CBS

FREEDOM FROM RELIGION FOUNDATION, INC.,
JOHN DOE,
DOECHILD, A MINOR CHILD,
JOHN ROE,
MARY ZOE,
ROECHILD-1, A MINOR CHILD, and
ROECHILD-2, A MINOR CHILD,

    Plaintiffs,

v.

CHERRY CREEK SCHOOL DISTRICT, and
MONTE C. MOSES, SUPERINTENDENT OF SCHOOLS OF THE CHERRY CREEK SCHOOL DISTRICT,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

    Pursuant to telephonic communications from counsel for Plaintiffs on September 12, 2008, and upon review of the "Opinion and Order Granting Motion to Dismiss" (*doc. # 34*) entered by District Judge Krieger on September 8, 2008, the court will VACATE all deadlines set by the "Scheduling Order" (*doc. # 24*) filed May 13, 2008.

    IT IS ORDERED that a telephonic status conference will be held on **November 13, 2008 at 10:45 a.m.** (**Mountain Time**). Counsel shall coordinate to create a conference call, then contact the Court at (303) 844-2117 to participate in the hearing.

**DATED:**    September 12, 2008