**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07 -cv-02126-MSK-CBS

FREEDOM FROM RELIGION FOUNDATION, INC.;
JOHN DOE;
DOECHILD, A MINOR CHILD;
JOHN ROE;
MARY ZOE;
ROECHILD-1; A MINOR CHILD; and
ROECHILD-2, A MINOR CHILD,

    Plaintiffs,

    v.

CHERRY CREEK SCHOOL DISTRICT; and
MONTE C. MOSES, SUPERINTENDENT OF SCHOOLS
OF THE CHERRY CREEK SCHOOL DISTRICT,

    Defendants.

---

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO THIRD AMENDED COMPLAINT**

---

COME NOW the Defendants, above-named, by and through their undersigned counsel and herewith submit their Unopposed Motion For Enlargement of Time to Respond to The Third Amended Complaint to and including October 14, 2008, and as cause therefore shows:

    1.    D.C.COLO.LCivR. 7.1.A. Certification.  Undersigned counsel hereby certifies that he has discussed this Motion with counsel for the Plaintiffs by e-mail and telephone and was advised that

Plaintiffs' counsel does not oppose this Motion.

2.  The Defendants' Response to the Plaintiffs' Third Amended Complaint is due on October 7, 2008 and due to Defendants' counsel's pressure of prior scheduled matters he has been unable to complete the necessary evaluation of the additional allegations in the Third Amended Complaint and requires additional time to do so.

3.  No prejudice will result to any of the parties by a short enlargement of time of seven days to respond to the Third Amended Complaint.

Respectfully submitted this 6th day of October 2008.

                                          BANTA-HOYT, LLC

                                          s/ Richard J. Banta
                                          Richard J. Banta
                                          **Banta-Hoyt, LLC**
                                            7979 E. Tufts Avenue Parkway,
                                                Suite 700
                                          Denver, CO  80237
                                          Telephone: (303) 220-8000
                                          FAX: (303) 220-0153
                                          E-mail:  rjbanta@bantahoyt.com
                                          Attorney for Defendants, Cherry Creek
                                          School District #5 and Monte C. Moses

CERTIFICATE OF SERVICE

       I hereby certify that on March 6, 2008 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:


Robert R. Tiernan
3165 S. Waxberry Way
Denver, CO  80231
Telephone:  (303) 671-2490
FAX:  (#03) 743-7810
E-mail:  jwells1960@netzero.com
Attorney for Plaintiffs

And that a true copy has been served on the Defendants by first class mail, postage prepaid addressed to the following

Amanda Hesterman
Staff Counsel
Cherry Creek School District No. 5
4700 S. Yosemite St.
Greenwood Village, Colorado 80111


                                                               s/ Richard J. Banta_____