## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.   07-cv-02126-MSK-CBS

FREEDOM FROM RELIGION FOUNDATION, INC.;
JOHN DOE;
DOECHILD;
JOHN ROE;
MARY ZOE;
ROECHILD-1; A MINOR CHILD; and
ROECHILD-2, A MINOR CHILD,

    Plaintiffs,

v.

CHERRY CREEK SCHOOL DISTRICT # 5; and
MONTE C. MOSES, IN HIS OFFICIAL CAPACITY AS SUPERINTENDENT OF SCHOOLS
OF CHERRY CREEK SCHOOL DISTRICT # 5,

    Defendants.

_____

### PLAINTIFFS' ANSWER TO DEFENDANTS' COUNTERCLAIM
_____

COME NOW the Plaintiffs, by undersigned counsel, pursuant to Rule 12(a)(1)(B) of the Federal Rules of Civil Procedure, and file this answer to Defendants' SEVENTH AND EIGHTH AFFIRMATIVE DEFENSES, which Plaintiffs construe to be in the nature of counterclaims.

1. The Plaintiffs deny the allegations set forth in Defendants' SEVENTH AFFIRMATIVE DEFENSE (para. 20 of Answer).

2. The Plaintiffs deny the allegations set forth in Defendants' EIGHTH AFFIRMATIVE DEFENSE (para. 21 of Answer).

WHEREFORE, Plaintiffs pray that the above counterclaims be dismissed, that judgment be

entered in Plaintiffs' favor, that the Court award attorneys' fees and costs, and for such other relief as the Court deems appropriate in the circumstances.

Respectfully submitted,

s/   Robert R. Tiernan
Robert R. Tiernan
3165 S. Waxberry Way
Denver, CO  80231
Telephone:  (303) 671-2490
FAX: (303) 743-7810
E-mail: jwells1960@netzero.com
Attorney for the Plaintiffs

### CERTIFICATE OF SERVICE

I hereby certify that on _____October 30, 2008_____, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

rjbanta@bantahoyt.com

s/   Robert R. Tiernan
Robert R. Tiernan
Attorney for the Plaintiffs
3165 S. Waxberry Way
Denver, CO  80231
Telephone:  (303) 671-2490
FAX: (303) 743-7810
E-mail: jwells1960@netzero.com