**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 07-cv-02126-MSK-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date: November 13, 2008** | **Courtroom Deputy:** Ben Van Dyke |

FREEDOM FROM RELIGION FOUNDATION, INC., *et al.*,

    **Plaintiffs,**

    v.

CHERRY CREEK SCHOOL DISTRICT, *et al.*,

    **Defendants.**

Robert R. Tiernan, via telephone

Richard J. Banta, via telephone

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: TELEPHONIC STATUS CONFERENCE**
**Court in Session:** 10:45 a.m.
Court calls case. Appearances of counsel.

**ORDERED:** Scheduling Conference set for December 3, 2008 at 10:45 a.m. Counsel shall submit a proposed scheduling order to the court by December 1, 2008.

The court recommends that counsel file an unopposed motion to substitute a page to correct an error in the third amended complaint.

HEARING CONCLUDED.

**Court in recess:** 10:52 a.m.
Total time in court: 00:07

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.