IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRIC OF COLORADO

Civil action No. 07-cv-02126-MSK-CBS

FREEDOM FROM RELIGION FOUNDATION, INC.;
JOHN DOE;
DOECHILD, A MINOR CHILD;
JOHN ROE'MARY ZOE;
ROECHILD-1; A MINOR CHILD; and
ROECHILD-2, A MINOR CHILD,

    Plaintiffs

v.

CHERRY CREEK SCHOOL DISTICT; and
MONTE C. MOSES, SUPERINTENDENT OF SCHOOLS
OF THE CHERRY CREEK SCHOOL DISTRICT,

    Defendants.

## NOTICE OF CHANGE OF ADDRESS AND FACSIMILE NUMBER

PLEASE TAKE NOTICE that the address and facsimile number of counsel for the Defendants has been changed to the following:

    Richard J. Banta

    Banta-Hoyt, LLC

    7887 E. Belleview Ave. Suite 1100

    Englewood, Colorado 80111

    Telephone: (303) 220-8000

    Facsimile: (303) 220-8007

rjbanta@bantahoyt.com

Respectfully submitted this 28th day of November, 2008.

                                                  BANTA-HOYT, LLC

                                                  s/ Richard J. Banta
                                                  Richard J.
                                                  Banta-Hoyt, LLC
                                                  7887 E. Belleview Ave. Suite 1100
                                                  Englewood, Colorado 80111
                                                  Telephone: (303)-220-8000
                                                  FAX:   (303)-220-8007
                                                  E-Mail: rjbanta@bantahoyt.com
                                                  Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2008 I electronically filed the fore going Notice of Change of Address with the Clerk of the Court using the CM/EFC system, which will send notification of such filing to the following e-mail addresses:

Robert R. Tiernan
3165 S. Waxberry Way
Denver, Colorado 80231
jwells1960@netzero.com

                                                  s/ Richard J. Banta
                                                  Richard J. Banta