## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action:** 07-cv-02126-MSK-CBS | **FTR** - Reporter Deck-Courtroom A402 |
| **Date:** December 3, 2008 | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., *et al.*, | Robert R. Tiernan |
| **Plaintiffs,** | |
| v. | |
| CHERRY CREEK SCHOOL DISTRICT, *et al.*, | Richard J. Banta |
| **Defendants.** | |

### COURTROOM MINUTES/MINUTE ORDER

**HEARING:** RULE 16(b) SCHEDULING CONFERENCE
**Court in session:** 10:40 a.m.
Court calls case. Appearances of counsel.

The proposed amended scheduling order is discussed.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Deadline for Amendment of pleadings/Joinder of parties: **January 6, 2009.**

Discovery Cut-off: **May 4, 2009.**

Dispositive Motions deadline: **June 4, 2009.**

Parties shall designate affirmative experts **on or before March 13, 2009.**

Parties shall designate rebuttal experts **on or before April 17, 2009.**

Each side shall be limited to **two (2)** expert witnesses, absent leave of court.

All depositions shall be completed by the discovery cut-off.

Counsel may not file any OPPOSED discovery motions without leave of court. Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1A. in an effort to resolve the issues. If that is unsuccessful, counsel shall establish a conference call adding Magistrate Judge Shaffer as the last connection. The Court will hear arguments and attempt to mediate a resolution. The Court will instruct counsel at that time as to whether or not to file a discovery motion.

A settlement conference will be set at the request of counsel, when they believe that a settlement conference would be beneficial.

- The Amended Scheduling Order is signed and entered with interlineations.

**ORDERED:** **The Unopposed Motion to Substitute a New Page 2 to Plaintiffs' Third Amended Complaint [filed December 2, 2008; doc. 51] is granted. The new page 2 (doc. 51-2) is hereto substituted into the Third Amended Complaint, and Defendants' Answer to the Third Amended Complaint is deemed to deny the new allegations without additional pleading or any further answer.**

HEARING CONCLUDED.
**Court in recess:** **10:59 a.m.**
Total time in court:    00:19

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.