IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-02126-MSK-CBS

FREEDOM FROM RELIGION FOUNDATION, INC.,
JOHN DOE,
DOECHILD, A MINOR CHILD,
JOHN ROE,
MARY ZOE,
ROECHILD-1, A MINOR CHILD, and
ROECHILD-2, A MINOR CHILD,

    Plaintiffs,

v.

CHERRY CREEK SCHOOL DISTRICT, and
MONTE C. MOSES, SUPERINTENDENT OF SCHOOLS OF THE CHERRY CREEK
SCHOOL DISTRICT,

    Defendants.

---

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiffs' Unopposed Motion to Modify Amended Scheduling Order (*doc. #55*) is GRANTED.

    IT IS FURTHER ORDERED that Plaintiffs' Unopposed Motion to Join Parties (*doc. #56*) is GRANTED and John Coe, Mary Coe, Coe-Child 1 and Coe-Child 2 are added as plaintiffs. Plaintiffs have up to and including **January 23, 2009** to file a fourth amended complaint, incorporating the newly added plaintiffs.

**DATED:**    January 13, 2009