**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-02126-MSK-CBS

FREEDOM FROM RELIGION FOUNDATION, INC.;
JOHN DOE;
DOECHILD;
JOHN ROE;
MARY ZOE;
ROECHILD-1; A MINOR CHILD;
ROECHILD-2, A MINOR CHILD;
JOHN COE;
MARY COE;
COECHILD-1; A MINOR CHILD; and
COECHILD-2, A MINOR CHILD;

    Plaintiffs,

v.

CHERRY CREEK SCHOOL DISTRICT # 5; and
MONTE C. MOSES, IN HIS OFFICIAL CAPACITY AS SUPERINTENDENT OF SCHOOLS
OF CHERRY CREEK SCHOOL DISTRICT # 5,

    Defendants.

---

**UNOPPOSED MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT**

---

    COME NOW the Plaintiffs, by undersigned counsel, and hereby move the Court for leave to file a Fourth Amended Complaint herein.

**Certificate Under D.C.Colo.LCivR 7.1A**

    Counsel for the Plaintiffs has conferred with counsel for the Defendants by telephone to resolve this matter and advises the Court that Defendants consent to the filing of this Motion.

    Pursuant to the Court's Order dated January 13, 2009, Plaintiffs hereby move for leave to file

a fourth amended complaint to add Plaintiffs John and Mary Coe and their minor children, CoeChild-1 and CoeChild-2.

Respectfully submitted,

s/   Robert R. Tiernan
Robert R. Tiernan
3165 S. Waxberry Way
Denver, CO  80231
Telephone:  (303) 671-2490
FAX: (303) 743-7810
E-mail: jwells1960@netzero.com
Attorney for the Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on   January 22, 2009   , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

rjbanta@bantahoyt.com

s/   Robert R. Tiernan
Robert R. Tiernan
Attorney for the Plaintiffs
3165 S. Waxberry Way
Denver, CO  80231
Telephone:  (303) 671-2490
FAX: (303) 743-7810
E-mail: jwells1960@netzero.com