IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-02126-MSK-CBS

FREEDOM FROM RELIGION FOUNDATION, INC.;
JOHN DOE;
DOECHILD;
JOHN ROE;
MARY ZOE;
ROECHILD-1; A MINOR CHILD;
ROECHILD-2, A MINOR CHILD;
JOHN COE;
MARY COE;
COECHILD-1; A MINOR CHILD; and
COECHILD-2, A MINOR CHILD;

    Plaintiffs,

v.

CHERRY CREEK SCHOOL DISTRICT # 5; and
MONTE C. MOSES, IN HIS OFFICIAL CAPACITY AS SUPERINTENDENT OF SCHOOLS OF
CHERRY CREEK SCHOOL DISTRICT # 5,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    THIS MATTER IS before the court on Plaintiffs' Unopposed Motion for Leave to File Fourth Amended Complaint (*doc. #61*). Per a Minute Order (*doc. #60*) the court granted Plaintiffs leave to file a fourth amended complaint on or before January 23, 2009. A review of the docket in this matter shows that Plaintiffs' Fourth Amended Complaint (*doc. #62*) was filed on January 22, 2009.

    IT IS HEREBY ORDERED that Plaintiffs' Unopposed Motion for Leave to File Fourth Amended Complaint (*doc. #61*) is MOOT.

**DATED:**    January 26, 2009