# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.     07-cv-02126-MSK-CBS

FREEDOM FROM RELIGION FOUNDATION, INC.;
JOHN DOE;
DOECHILD;
JOHN ROE;
MARY ZOE;
ROECHILD-1; A MINOR CHILD;
ROECHILD-2, A MINOR CHILD;
JOHN COE;
MARY COE;
COECHILD-1; A MINOR CHILD; and
COECHILD-2, A MINOR CHILD;

    Plaintiffs,

v.

CHERRY CREEK SCHOOL DISTRICT # 5; and
MONTE C. MOSES, IN HIS OFFICIAL CAPACITY AS SUPERINTENDENT OF SCHOOLS OF CHERRY CREEK SCHOOL DISTRICT # 5,

    Defendants.

_____

## FIRST AMENDMENT TO STIPULATION
## REGARDING ANONYMITY OF INDIVIDUAL PLAINTIFFS
_____

The parties hereby stipulate and agree to amend the Stipulation Regarding Anonymity of Individual Plaintiffs filed with the Court on October 24, 2007, by adding the following individuals as Plaintiffs in this cause with the use of pseudonyms in place of their true identities:

John Coe, father of CoeChild-1;

Mary Coe, mother of CoeChild-2;

  CoeChild-1, a minor child; and

  CoeChild-2, a minor child.

Dated: January 30, 2009

| | |
|---|---|
| s/ Robert R. Tiernan | s/ Richard J. Banta |
| Robert R. Tiernan | Richard J. Banta |
| 3165 S. Waxberry Way | Banta-Hoyt, LLC |
| Denver, CO 80231 | 7887 E. Belleview Avenue #1100 |
| Telephone: (303) 671-2490 | Englewood, CO 80111 |
| FAX: (303) 743-7810 | Telephone: (303) 220-8000 |
| E-mail: jwells1960@netzero.com | FAX: (303) 220-0153 |
| Attorney for the Plaintiffs | E-mail: rjbanta@bantahoyt.com |
| | Attorney for the Defendants |