IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-02126-MSK-CBS

FREEDOM FROM RELIGION FOUNDATION,
INC.; JOHN DOE;
DOECHILD, A MINOR CHILD;
JOHN ROE;
MARY ZOE;
ROECHILD-1, A MINOR CHILD;
ROECHILD-2, A MINOR CHILD;
JOHN COE;
MARY COE;
COECHILD-1, A MINOR CHILD; and
COECHILD-2, A MINOR CHILD,

    Plaintiffs,

v.

CHERRY CREEK SCHOOL DISTRICT; and
MONTE C. MOSES, SUPERINTENDENT OF SCHOOLS OF THE CHERRY CREEK SCHOOL DISTRICT,

    Defendants.

## ANSWER TO FORTH AMENDED COMPLAINT

The Defendants, above-named, by and through their undersigned counsel herewith submit their Answer to the Plaintiffs' Forth Amended Complaint and admit, deny and allege as follows:

## FIRST DEFENSE

### AS TO JURISTICTION

1. The Defendants admit that the Court has jurisdiction over this matter and deny all other allegations set forth in paragraph 1 of the Forth Amended Complaint.

### AS TO VENUE

2. The Defendants admit the venue is proper in this Court as alleged in paragraph 2 of the Forth Amended Complaint.

### AS TO PARTIES

3. The Defendants are without sufficient information to form a belief as to the truth of the allegations contained in paragraphs 3, 4, 5, 6, 7, and 8 of the Forth Amended Complaint and accordingly deny the same.

4. The Defendants admit the allegations contained in paragraphs 9 and 10 of the Forth Amended Complaint except as the any allegations the Monte Moses is currently superintendent of the Defendant District, which said allegations the Defendants deny.

### AS TO CLAIMS FOR RELIEF

5. The Defendants admit the allegations contained in paragraph 11 of the Forth Amended Complaint except that portion thereof that states: "Defendant Moses has intentionally engaged in fear-mongering, which portion of said paragraph 11 the Defendants specifically deny.

6. The Defendants answer the allegations contained in paragraph 12 of the Forth Amended Complaint by admitting that Asset 19 states what is alleged in said paragraph, affirmatively alleging that the language of said Asset 19 speaks for itself, by admitting that all of the 40 Developmental Assets are posted some times in some of the Defendant District's schools,

2

that the District offers parents assistance to work with their children to become better young people, and by denying all other allegations in said paragraph 12 and the footnote thereto.

7. The Defendants answer paragraph 13 of the Forth Amended Complaint by alleging that they are informed and admit on such information that the 40 Developmental Assets were developed by The Search Institute, by admitting that there is a board of parents and other interested individuals known as "CAP" that work independently from, but in cooperation with the Defendant District in connection with the 40 Developmental Asset program and other student issues, that the Defendant District staffs an office known as the "Prevention Office" that works with the 40 Developmental Asset program and CAP, and by stating that they are without sufficient knowledge and information to form a belief as to the truth of the remaining allegations in said paragraph 13 and therefore deny the same.

8. The Defendants deny the allegations contained in paragraph 14 of the Forth Amended Complaint.

9. The Defendants answer paragraph 15 of the Forth Amended Complaint by admitting that they have represented that studies support the benefits of the 40 Developmental Assets, by denying they have represented the same are supported by "scientific" studies and by denying all other allegations contained in said paragraph 15 and the footnote thereto.

10. The Defendants are without sufficient knowledge to form a belief as the allegations in paragraph 16 concerning the beliefs of the Plaintiffs and accordingly deny the same. The Defendants deny the remaining allegations contained in paragraph 16 of the Forth Amended Complaint.

11. The Defendants answer paragraph 17 of the Forth Amended Complaint by admitting that the Defendants have posted all of the 40 Developmental Assets at some times in some of the District schools and by denying all other allegations in said paragraph 17.

12. The Defendants deny the allegations contained in paragraphs 18, 19, 20, 21, & 22 of the Forth Amended Complaint except to admit that the Defendants continue to distribute, support, and endorse the 40 Developmental Asset program.

13. The Defendants deny each and every allegation contained in the Forth Amended Complaint including the Footnotes and Appendices attached thereto to the extent they are intended to or do assert claims for relief, not herein above admitted, or denied.

## FIRST AFFIRMATIVE DEFENSE

14. The Plaintiffs' Forth Amended Complaint fails to state a claim against the Defendants or either of them upon which relief can be granted and should be dismissed.

## SECOND AFFIRMATION DEFENSE

15. The Plaintiffs' Forth Amended Complaint is barred by the doctrines of waiver, latches and estoppel.

## THIRD AFFIRMATION DEFENSE

16. The Plaintiffs' Forth Amended Complaint is barred by the applicable statutes of limitations.

## FORTH AFFIRMATION DEFENSE

17. The Defendants are entitled to full, good faith and/or official immunity from the claims of the Plaintiffs.

## FIFTH AFFIRMATIVE DEFENSE

18. The principal or primary effect of the acts of the Defendants complained of by the Plaintiffs does not advance or inhibit religion in the public schools, the acts of the Defendants do not foster an excessive governmental entanglement of the school district with religion, and the acts of the Defendants have a primary and substantial secular legislative purpose.

## SIXTH AFFIRMATIVE DEFENSE

19. One or more of the individual Defendants lack standing to maintain this action and should be dismissed from this case.

## SEVENTH AFFIRMATIVE DEFENSE

20. The Plaintiffs' allegations that the entirety of the 40 Developmental Asset Program violates the Establishment Clause of the U.S. Constitution or in any other way deprives the Plaintiffs of any constitutionally protected right are patently false on their face, are frivolous and without merit and appear to be asserted for the purpose of harassment, entitling the Defendants of an award of attorney fees and costs.

## EIGHTH AFFIRMATIVE DEFENSE

21. The Plaintiffs' allegations that the Defendants actions violate Article IV, Section 2 and Article IX, Section 8 of the Constitution of the State of Colorado are patently false on their face, are frivolous and without merit, and appear to have been asserted for the purpose of harassment, entitling the Defendants of an award of attorney fees and costs.

## NINTH AFFIRMATIVE DEFENSE

22. The claims of one or more of the Defendants have been rendered moot due to the graduation of one or more of the Defendant students from the Defendant District schools.

WHEREFORE having fully answered the Plaintiffs' Forth Amended Complaint, the Defendants pray that the same be dismissed, for judgment in favor of the Defendants and against the Plaintiffs on all claims for relief set forth in said Forth Amended Complaint, an award of the Defendants' attorney fees and costs incurred herein, and for such other and additional relief as to the Court appears proper in the premises.

Dated this 23[th] day of February, 2009.

Respectfully submitted,

By: <u>s/ Richard J. Banta</u>
Richard J. Banta,
Banta-Hoyt, LLC
7979 E. Tufts Ave. Suite 700
Denver, Colorado 80237
Telephone: 303-220-8000
Facsimile: 303-220-0153
rjbanta@bantahoyt.com
Attorneys for Defendants

*[Original Signature on file at the office of Banta-Hoyt, LLC]*

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2009 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Robert R. Tiernan
3165 S. Waxberry Way
Denver, CO 80231
Telephone: (303) 671-2490
FAX: (#03) 743-7810
E-mail: jwells1960@netzero.com
   and   Tiernan3@msn.com
Attorney for Plaintiffs

*[Signed original on file at the office of Banta-Hoyt, L.L.C.]*

<u>s/ Richard J. Banta</u>
Richard J. Banta
Banta-Hoyt, LLC
7979 E. Tufts Ave. Suite 700
Denver, Colorado 80237
Telephone: 303-220-8000
Facsimile: 303-220-0153
rjbanta@bantahoyt.com
Attorneys for Defendants

6