**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.   07-cv-02126-MSK-CBS

FREEDOM FROM RELIGION FOUNDATION, INC.;
JOHN DOE;
DOECHILD;
JOHN ROE;
MARY ZOE;
ROECHILD-1; A MINOR CHILD;
ROECHILD-2, A MINOR CHILD;
JOHN COE;
MARY COE;
COECHILD-1; A MINOR CHILD; and
COECHILD-2, A MINOR CHILD;

     Plaintiffs,

v.

CHERRY CREEK SCHOOL DISTRICT # 5; and
MONTE C. MOSES, IN HIS OFFICIAL CAPACITY AS SUPERINTENDENT OF SCHOOLS OF CHERRY CREEK SCHOOL DISTRICT # 5,

     Defendants.

_____

**PLAINTIFFS' ANSWER TO COUNTERCLAIMS CONTAINED
IN DEFENDANTS' ANSWER TO FORTH (SIC) AMENDED COMPLAINT**
_____

COME NOW the Plaintiffs, by undersigned counsel, pursuant to Rule 12(a)(1)(B) of the Federal Rules of Civil Procedure, and file this answer to the SEVENTH AND EIGHTH AFFIRMATIVE DEFENSES CONTAINED IN DEFENDANTS ANSWER TO PLAINTIFFS' FORTH (SIC) AMENDED COMPLAINT.  Plaintiffs file this answer because they believe that the foregoing defenses might be construed to be in the nature of counterclaims against the Plaintiffs.

1. The Plaintiffs deny the allegations set forth in Defendants' SEVENTH AFFIRMATIVE DEFENSE (para. 20 of Answer).

2. The Plaintiffs deny the allegations set forth in Defendants' EIGHTH AFFIRMATIVE DEFENSE (para. 21 of Answer).

WHEREFORE, Plaintiffs pray that the above affirmative defenses be dismissed, that judgment be entered in Plaintiffs' favor, that the Court award attorneys' fees and costs, and for such other relief as the Court deems appropriate in the circumstances.

         Respectfully submitted,

         s/   Robert R. Tiernan
         Robert R. Tiernan
         3165 S. Waxberry Way
         Denver, CO  80231
         Telephone:  (303) 671-2490
         FAX: (303) 743-7810
         E-mail: jwells1960@netzero.com
         Attorney for the Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on        March 5, 2009       , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

rjbanta@bantahoyt.com

         s/   Robert R. Tiernan
         Robert R. Tiernan
         Attorney for the Plaintiffs
         3165 S. Waxberry Way
         Denver, CO  80231
         Telephone:  (303) 671-2490
         FAX: (303) 743-7810
         E-mail: jwells1960@netzero.com