# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.   07-cv-02126-MSK-CBS

FREEDOM FROM RELIGION FOUNDATION, INC.;
JOHN DOE;
DOECHILD;
JOHN ROE;
MARY ZOE;
ROECHILD-1; A MINOR CHILD;
ROECHILD-2, A MINOR CHILD;
JOHN COE;
MARY COE;
COECHILD-1; A MINOR CHILD; and
COECHILD-2, A MINOR CHILD;

    Plaintiffs,

v.

CHERRY CREEK SCHOOL DISTRICT # 5; and
MONTE C. MOSES, IN HIS OFFICIAL CAPACITY AS SUPERINTENDENT OF SCHOOLS OF CHERRY CREEK SCHOOL DISTRICT # 5,

    Defendants.

_____

## UNOPPOSED MOTION TO WITHDRAW CERTAIN PLAINTIFFS
_____

Certification Pursuant to D.C. COLO.LCivR. 7.1

Undersigned counsel has conferred with counsel for the defendants as required by D.C.COLO.LCivR. 7.1 and advises the Court that this motion is unopposed.

COME NOW the Plaintiffs, by and through their undersigned attorney, and move to withdraw John Doe, DoeChild, Mary Zoe, John Roe, RoeChild-1 and RoeChild-2 as plaintiffs in the above-captioned matter. As grounds therefor, it is stated as follows:

1. DoeChild has graduated from the Defendant School District and no longer attends or plans to attend school in the District. He has also reached the age of majority. As a result, John Doe, his father, no longer has a child attending school in the District. Accordingly, neither DoeChild nor John Doe have standing to continue this lawsuit.

2. Mary Zoe has become increasingly concerned about the ramifications on her children, RoeChild-1 and Roe Child-2, should their identities become known as Plaintiffs in this lawsuit.[1] Therefore, she has instructed the undersigned to withdraw she and her children as Plaintiffs. John Roe, Mary Zoe's ex-husband and the father of RoeChild-1 and RoeChild-2, concurs with the wishes of Mary Zoe.

Respectfully submitted,

s/ Robert R. Tiernan
Robert R. Tiernan
3165 S. Waxberry Way
Denver, CO  80231
Telephone:  (303) 671-2490
FAX: (303) 743-7810
E-mail: jwells1960@netzero.com
Attorney for the Plaintiffs

---

[1] This is not intended to cast aspersions on the Defendants or their attorney who have been diligent in keeping the identities of these Plaintiffs anonymous.

2

3

## CERTIFICATE OF SERVICE

      I hereby certify that on ___March 5, 2009_____, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

rjbanta@bantahoyt.com

                                                    s/   Robert R. Tiernan  
                                                    Robert R. Tiernan  
                                                    Attorney for the Plaintiffs  
                                                    3165 S. Waxberry Way  
                                                    Denver, CO  80231  
                                                    Telephone:  (303) 671-2490  
                                                    FAX: (303) 743-7810  
                                                    E-mail: jwells1960@netzero.com