IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-02126-MSK-CBS

FREEDOM FROM RELIGION FOUNDATION, INC.,

        Plaintiff,

v.

CHERRY CREEK SCHOOL DISTRICT, and
MONTE C. MOSES, SUPERINTENDENT OF SCHOOLS OF THE CHERRY CREEK
SCHOOL DISTRICT,

        Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

THIS MATTER comes before the Court on the Plaintiffs' Unopposed Motion to

Withdraw Certain Plaintiffs (**#69**) filed on March 5, 2009.  Having reviewed the Motion,

**IT IS ORDERED** that the Motion shall be treated as a motion to dismiss the claims of

Plaintiffs John Doe, Doe Child, Mary Zoe, John Roe, Roe Child-1 and Roe Child-2 with

prejudice.  Accordingly, the Motion is **GRANTED**.  The captions of all future filings shall omit

these parties.

DATED this 6th day of March, 2009.

                    **BY THE COURT:**

                    _____

                    Marcia S. Krieger
                    United States District Judge