IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-02126-MSK-CBS

FREEDOM FROM RELIGION FOUNDATION, INC.,

      Plaintiff,

v.

CHERRY CREEK SCHOOL DISTRICT # 5; and
MONTE C. MOSES, IN HIS OFFICIAL CAPACITY AS SUPERINTENDENT OF SCHOOLS OF
CHERRY CREEK SCHOOL DISTRICT # 5,

      Defendants.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      Pursuant to an unopposed telephonic request made by counsel for Defendants on March 23, 2009, the scheduling order is modified as follows:

1. Deadline to designate Rule 26(a)(2) AFFIRMATIVE expert disclosures is extended to **April 2, 2009**;
2. Deadline to designate Rule 26(a)(2) REBUTTAL expert disclosures is extended to **May 1, 2009**;
3. Discovery deadline is extended to **June 4, 2009**; and
4. Dispositive motion deadline is extended to **July 2, 2009**.

**DATED:**    March 23, 2009