**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 07-cv-02126-MSK-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:   April 8, 2009** | **Courtroom Deputy:**   Linda Kahoe |

FREEDOM FROM RELIGION FOUNDATION,          Robert R. Tiernan
INC., *et al.*,

     Plaintiffs,

     v.

CHERRY CREEK SCHOOL DISTRICT          Richard J. Banta
#5, *et al.*,

     Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC DISCOVERY CONFERENCE**
**Court in session:        3:09 p.m.**
Court calls case.  Appearances of counsel.

Discussion and arguments regarding production of documents related to independent studies, surveys and research sought by Plaintiff through discovery.

Mr. Tiernan requests leave of court to file an Amended Complaint.  The court states Mr. Tiernan will have to file a Motion for Leave to File an Amended Complaint.

The court suggests that the Plaintiff serve a subpoena duces tecum under Rule 30(b)(6) to the extent Plaintiff is seeking production of materials.

The court advises counsel of related case law.

Mr. Tiernan states that Plaintiff is willing to pay costs for the production of documents.  Mr. Banta indicates he will contact the Instutute to obtain the materials sought by Mr. Tiernan.

Discussion regarding deadlines for discovery cut off and the scheduled date for a final pre-trial conference.

Mr. Tiernan makes an oral request to advance deadlines by a month and a half. The court states that the request to change deadlines is premature and makes statements regarding its discretion to change deadlines with a showing of good cause under Rule 16.

The court suggests that Mr. Tiernan ask Mr. Banta to contact the Institute to determine the volume and time involved in producing the requested documentation, and then if more time to complete discovery is necessary, Mr. Tiernan should present his argument for a showing of good cause to extend deadlines.

HEARING CONCLUDED.
**Court in recess**:     **3:56 p.m.**
Total time in court:    00:47

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.