# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.   07-cv-02126-MSK-CBS

FREEDOM FROM RELIGION FOUNDATION, INC.;

JOHN COE;
MARY COE;
COECHILD-1; A MINOR CHILD; and
COECHILD-2, A MINOR CHILD;

    Plaintiffs,

v.

CHERRY CREEK SCHOOL DISTRICT # 5; and
MONTE C. MOSES, IN HIS OFFICIAL CAPACITY AS SUPERINTENDENT OF SCHOOLS OF CHERRY CREEK SCHOOL DISTRICT # 5,

    Defendants.
_____

### JOINT MOTION TO VACATE FINAL PRE-TRIAL CONFERENCE
_____

COME NOW the parties, by and through their undersigned counsel, and move this Honorable Court as follows:

1. A final Pre-Trial Conference is presently scheduled for April 30, 2009. However, discovery will not be completed at that time. Discovery does not close until June 4, 2009, after which dispositive motions can be filed no later than July 1, 2009. It would, therefore, be premature to hold the presently scheduled Pre-Trial Conference.

WHEREFORE, it is respectfully submitted that the presently scheduled Pre-Trial Conference be vacated and a new date set after discovery has been completed and dispositive motions have been

filed and ruled on by the Court.

        Respectfully submitted,

 s/   Robert R. Tiernan
Robert R. Tiernan
3165 S. Waxberry Way
Denver, CO  80231
Telephone:  (303) 671-2490
E-mail: jwells1960@netzero.com
Attorney for the Plaintiffs

 s/ Richard J. Banta
Richard J. Banta
7887 E. Belleview Avenue #1100
Englewood, CO 80111
Telephone:   (303) 220-8000
E-mail: rjbanta@bantahoyt.com
Attorney for the Defendants

## CERTIFICATE OF SERVICE

    I hereby certify that on     April 16, 2009    , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

rjbanta@bantahoyt.com

    s/   Robert R. Tiernan
Robert R. Tiernan
Attorney for the Plaintiffs
3165 S. Waxberry Way
Denver, CO  80231
Telephone:  (303) 671-2490
FAX: (303) 743-7810
E-mail: jwells1960@netzero.com