# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.   07-cv-02126-MSK-CBS

FREEDOM FROM RELIGION FOUNDATION, INC.;
JOHN COE;
MARY COE;
COECHILD-1; A MINOR CHILD; and
COECHILD-2, A MINOR CHILD;

     Plaintiffs,

v.

CHERRY CREEK SCHOOL DISTRICT # 5; and
MONTE C. MOSES, IN HIS OFFICIAL CAPACITY AS SUPERINTENDENT OF SCHOOLS OF CHERRY CREEK SCHOOL DISTRICT # 5,

     Defendants.

_____

## UNOPPOSED MOTION TO AMEND CAPTION
_____

<u>Certification Pursuant to D.C. COLO.LCivR. 7.1</u>

Undersigned counsel has conferred with counsel for the Defendants as required by D.C.COLO.LCivR. 7.1 and advises the Court that this motion is unopposed.

COME NOW the Plaintiffs, by and through their undersigned attorney, and hereby move this Honorable Court for an Order amending the caption herein.  As grounds therefor, it is stated as follows:

1. Defendant Monte C. Moses was the Superintendent of the Defendant Cherry Creek School District #5 at the time this action was filed.

2. In January of 2009, Mary Chesley replaced Monte Moses as Superintendent of the

Defendant School District.

3. Pursuant to Federal Rule of Civil Procedure 25(d), Mary Chesley is automatically substituted as a party, and subsequent proceedings should be in said substituted party's name.

Wherefore, it is requested that Mary Chesley's name be substituted for Monte Moses' in the caption of this matter.

Respectfully submitted,

s/   Robert R. Tiernan
Robert R. Tiernan
3165 S. Waxberry Way
Denver, CO  80231
Telephone:  (303) 671-2490
FAX: (303) 743-7810
E-mail: jwells1960@netzero.com
Attorney for the Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on ___May 20, 2009___, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

rjbanta@bantahoyt.com

s/   Robert R. Tiernan
Robert R. Tiernan
Attorney for the Plaintiffs
3165 S. Waxberry Way
Denver, CO  80231
Telephone:  (303) 671-2490
FAX: (303) 743-7810
E-mail: jwells1960@netzero.com

2