# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.: 07-cv-02126-MSK-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:  June 11, 2009** | **Courtroom Deputy:**  Linda Kahoe |

FREEDOM FROM RELIGION　　　　　　　　　　Robert R. Tiernan
FOUNDATION, INC., *et al.*,

     Plaintiffs,

     v.

CHERRY CREEK SCHOOL DISTRICT #5,　　　　Richard J. Banta
*et al.*,

     Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC MOTION HEARING**
**Court in session:     2:11 p.m.**
Court calls case.  Appearances of counsel.

Discussion regarding Plaintiffs' Unopposed Motion for Protective Order (doc #83, filed 5/20/2009).

The court refers to Fed.R.Civ.P.17(c).

For the reasons as stated on the record, it is

**ORDERED:**   Plaintiffs' Unopposed Motion for Protective Order (doc #83, filed 5/20/2009) is DENIED without Prejudice and with leave for Plaintiff and/or Defendant to address the issues in a different form.

**ORDERED:**   The deadline for filing dispositive motions is extended from July 2, 2009 to JULY 31, 2009.

HEARING CONCLUDED.
**Court in recess**:     **2:33 p.m.**
Total time in court:     00:12

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.