### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No.   07-cv-02126-MSK-CBS

FREEDOM FROM RELIGION FOUNDATION, INC.;
JOHN COE;
MARY COE;
COECHILD-1; A MINOR CHILD; and
COECHILD-2, A MINOR CHILD;

    Plaintiffs,

v.

CHERRY CREEK SCHOOL DISTRICT # 5; and
MARY CHESLEY, IN HER OFFICIAL CAPACITY AS SUPERINTENDENT OF SCHOOLS OF CHERRY CREEK SCHOOL DISTRICT # 5,

    Defendants.

_____

### UNOPPOSED MOTION TO AMEND CAPTION
_____

Certification Pursuant to D.C. COLO.LCivR. 7.1

Undersigned counsel has conferred with counsel for the Defendants as required by D.C.COLO.LCivR. 7.1 and advises the Court that this motion is unopposed.

COME NOW the Plaintiffs, by and through their undersigned attorney, and hereby move this Honorable Court for an Order amending the caption herein. As grounds therefor, it is stated as follows:

    1. Pursuant to Federal Rule of Civil Procedure 17(c)(2), minor plaintiffs are allowed to proceed as plaintiffs via a "next friend."

    2. This amendment to the caption is intended to conform with the requirements of that rule.

Wherefore, it is requested that the references to the individual plaintiffs in the caption of this matter be as follows:

JOHN COE;
MARY COE;
COECHILD-1; by and through his or her parents and next friends, JOHN and MARY COE; and
COECHILD-2, by and through his or her parents and next friends, JOHN and MARY COE.

Respectfully submitted,

s/   Robert R. Tiernan
Robert R. Tiernan
3165 S. Waxberry Way
Denver, CO  80231
Telephone:  (303) 671-2490
FAX: (303) 743-7810
E-mail: jwells1960@netzero.com
Attorney for the Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on __July 6, 2009__, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

rjbanta@bantahoyt.com

s/   Robert R. Tiernan
Robert R. Tiernan
Attorney for the Plaintiffs
3165 S. Waxberry Way
Denver, CO  80231
Telephone:  (303) 671-2490
FAX: (303) 743-7810
E-mail: jwells1960@netzero.com

2