**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.   07-cv-02126-MSK-CBS

FREEDOM FROM RELIGION FOUNDATION, INC.;
JOHN COE;
MARY COE;
COECHILD-1; A MINOR CHILD; and
COECHILD-2, A MINOR CHILD;

     Plaintiffs,

v.

CHERRY CREEK SCHOOL DISTRICT # 5; and
MARY CHESLEY, IN HER OFFICIAL CAPACITY AS SUPERINTENDENT OF SCHOOLS
OF CHERRY CREEK SCHOOL DISTRICT # 5,

     Defendants.
_____

**UNOPPOSED MOTION TO AMEND SCHEDULING ORDER**
_____

Certification Pursuant to D.C. COLO.LCivR. 7.1

Undersigned counsel has conferred with counsel for the Defendants as required by D.C.COLO.LCivR. 7.1 and advises the Court that this motion is unopposed.

COME NOW the Plaintiffs, and hereby move to Amend the current Scheduling Order to extend the time for filing dispositive motions to and including August 18, 2009.  As grounds therefore, it is stated as follows:

1.   Plaintiffs and Defendants are engaged in serious settlement discussions, and there is a real possibility that this case can be settled by mutual agreement.  The present schedule calls for the filing of dispositive motions by July 31, 2009.  It is not likely that settlement can be reached by that

time because the consent of an entity which is not a party in this case will be required. If the time for filing dispositive motions is extended to August 18, 2009, settlement negotiations can proceed without the parties incurring the cost of preparing dispositive motions that may prove to be unnecessary.

    2.  No prejudice will result to any of the parties by amending the Scheduling Order.

               Respectfully submitted,

                s/   Robert R. Tiernan
                Robert R. Tiernan
                3165 S. Waxberry Way
                Denver, CO  80231
                Telephone:  (303) 671-2490
                FAX: (303) 743-7810
                E-mail: jwells1960@netzero.com
                Attorney for the Plaintiffs

## **CERTIFICATE OF SERVICE**

    I hereby certify that on ___July 23rd, 2009___, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

rjbanta@bantahoyt.com

                s/   Robert R. Tiernan
                Robert R. Tiernan
                3165 S. Waxberry Way
                Denver, CO  80231
                Telephone:  (303) 671-2490
                FAX: (303) 743-7810
                E-mail: jwells1960
                Attorney for the Plaintiffs