```
                                                                1
 1              IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF COLORADO
 3    Case No. 07-cv-02126-MSK-CBS
 4    ═══════════════════════════════════════════════════════
 5    FREEDOM FROM RELIGION FOUNDATION, INC., et al.,
 6         Plaintiffs,
 7    vs.
 8    CHERRY CREEK SCHOOL DISTRICT, et al.,
 9         Defendants.
10    ═══════════════════════════════════════════════════════
11           Proceedings before CRAIG B. SHAFFER, United States
12    Magistrate Judge, United States District Court for the
13    District of Colorado, commencing at 8:05 a.m., May 13, 2008,
14    in the United States Courthouse, Denver, Colorado.
15    ═══════════════════════════════════════════════════════
16           WHEREUPON, THE ELECTRONICALLY RECORDED PROCEEDINGS
17    ARE HEREIN TYPOGRAPHICALLY TRANSCRIBED...
18    ═══════════════════════════════════════════════════════
19                           APPEARANCES
20           ROBERT R. TIERNAN, Attorney at Law, appearing for
21    the plaintiffs.
22           RICHARD J. BANTA, Attorney at Law, appearing for
23    the defendants.
24    ═══════════════════════════════════════════════════════
25                  SCHEDULING CONFERENCE - PARTIAL
```

                                                                    2

 1                     P R O C E E D I N G S
 2              (Whereupon, the within electronically recorded
 3     proceedings are herein transcribed, pursuant to order of the
 4     Court.)
 5              THE COURT: All right.  We are on the record in
 6     07-cv-2126, Freedom From Religion Foundation, Inc., et al.,
 7     versus Cherry Creek School District, et al.  I will take
 8     appearances of counsel.
 9              MR. TIERNAN: Robert Tiernan.  My registration
10     number at this date is 16301.  I represent the plaintiffs in
11     this case, Your Honor.
12              THE COURT: Okay.
13              MR. BANTA: Good morning, Your Honor.  Richard
14     Banta appearing on behalf of the defendants in this matter.
15              THE COURT: Okay.  I suppose it's probably not
16     necessary, but just out of an abundance of caution I'll just
17     tell you gentlemen, I have -- well, I have a senior who's
18     about to graduate from Cherry Creek High School and I have
19     a soon-to-be tenth grader who is in the Cherry Creek School
20     District.  I don't believe that that's a basis for recusal,
21     but I simply let you know that I --
22              MR. TIERNAN: We won't add you as a plaintiff, Your
23     Honor.
24              THE COURT: Pardon?
25              MR. TIERNAN: We won't add you --  ask to add you

3

1    as a plaintiff.
2            THE COURT: Okay.  I just let you know that I do
3    have some connection, albeit parental, with the Cherry Creek
4    School District.
5            Gentlemen, I've gone through this proposed
6    scheduling order and, how can I put this delicately, there
7    are all kinds of problems here.
8
9            (Whereupon, further proceedings had not
10   herein transcribed, pursuant to order of the Court.)
11
12           (Whereupon, the within hearing was then in
13   conclusion at 8:50 a.m. on May 13, 2008.)
14
15           I certify that the foregoing is a correct
16   transcript, to the best of my knowledge and belief, from the
17   record of proceedings in the above-entitled matter.
18
19      /s/ Bonnie Nikolas                    August 14, 2009
20      Signature of Transcriber                  Date
21
22
23
24
25