# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.   07-cv-02126-MSK-CBS

FREEDOM FROM RELIGION FOUNDATION, INC.;
JOHN COE;
MARY COE;
COECHILD-1; A MINOR CHILD; and
COECHILD-2, A MINOR CHILD;

     Plaintiffs,

v.

CHERRY CREEK SCHOOL DISTRICT # 5; and
MARY CHESLEY, IN HER OFFICIAL CAPACITY AS SUPERINTENDENT OF SCHOOLS OF
CHERRY CREEK SCHOOL DISTRICT # 5,

     Defendants.

_____

## MOTION TO CORRECT
## PLAINTIFFS' OBJECTIONS TO MAGISTRATE JUDGE'S ORDER
## DENYING PSEUDONYMITY
_____

Certification Pursuant to D.C. COLO.LCivR. 7.1

Undersigned counsel has conferred with counsel for the Defendants as required by D.C.COLO.LCivR. 7.1 and advises the Court that this motion is unopposed.

COME NOW the Plaintiffs, by and through their undersigned attorney, and move to correct Plainitiffs' Objections to Magistrate Judge's Order Denying Pseudonymity, as follows:

1.   On August 4, 2009, Plaintiffs filed their Objections to Magistrate Judge's Order Denying Pseudonymity (doc #98).

2.   On page 7, in footnote 10, undersigned counsel stated that he had not been previously

advised that the Magistrate Judge had a child enrolled in the Defendant Cherry Creek School District.

3.   This morning, counsel learned via a transcript of the Scheduling Conference that was held on May 13, 2008, that the Magistrate Judge did, in fact, advise counsel of that very fact.

4.   Undersigned counsel has a hearing disability and does not recall the discussion that took place in open court.

5.   Undersigned would not have made the statement in footnote number 7 of the Plaintiffs' Objections had he remembered that discussion on May 13, 2008.

6.   Undersigned hereby requests that footnote number 7 of the Plaintiffs' Objections be stricken.

7.   Finally, and most importantly, undersigned counsel sincerely apologizes to the Court for the misstatement.  It was not intentional, but it was incorrect.

                            Respectfully submitted,

                            s/   Robert R. Tiernan
                            Robert R. Tiernan
                            3165 S. Waxberry Way
                            Denver, CO  80231
                            Telephone:  (303) 671-2490
                            FAX: (303) 743-7810
                            E-mail: jwells1960@netzero.com
                            Attorney for the Plaintiffs

## CERTIFICATE OF SERVICE

     I hereby certify that on __August 13, 2009__, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

rjbanta@bantahoyt.com

                                               s/   Robert R. Tiernan
                                               Robert R. Tiernan
                                               Attorney for the Plaintiffs
                                               3165 S. Waxberry Way
                                               Denver, CO  80231
                                               Telephone:  (303) 671-2490
                                               FAX: (303) 743-7810
                                               E-mail: jwells1960@netzero.com