## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02126-MSK-CBS

FREEDOM FROM RELIGION FOUNDATION, INC.;
JOHN COE;
MARY COE;
COE CHILD -1; and
COE CHILD -2,

    Plaintiffs,

    v.

CHERRY CREEK SCHOOL DISTRICT; and
MARY CHESLEY, SUPERINTENDENT OF SCHOOLS
OF THE CHERRY CREEK SCHOOL DISTRICT,

    Defendants.

## STIPULATED MOTION TO DISMISS WITH PREJUDICE

COME NOW the Parties herein above named, by and through their undersigned counsel and herewith submit their Stipulated Motion To Dismiss the above captioned action with prejudice, all parties paying their own costs and attorneys fees incurred herein and as cause therefor show as follows:

    1. The parties hereto have reached a full complete and final settlement and compromise of all claims, causes of action and demands for relief asserted, alleged or requested in this civil

1

action.

2. No good cause exists for this action to remain on the Courts docket as no matter remains in this action for resolution by the Court.

WHEREFOR the parties hereto respectfully move for an Order dismissing the above captioned action with prejudice, all parties paying their own costs and attorney's fees incurred herein.

Respectfully submitted this  27th      day of August, 2009.

                       s/ Richard J. Banta
                       Richard J. Banta
                       Banta-Hoyt, LLC
                       7887 E. Belleview Ave. Suite 1100
                       Englewood, Colorado 80111
                       Telephone: 303-220-8000
                       Fax: 303-220-8007
                       E-mail: rjbanta@bantahoyt.com

                       s/ Robert R. Tiernan
                       Robert R. Tiernan
                       3165 S. Waxberry Way
                       Denver, Colorado 80231
                       Telephone: 303-671-2490
                       Fax: 303-743-7810
                       E-mail: jwells1960@netzero.com